William **BRYANT**, Appellant,

v.

**STATE of Missouri, Respondent.**

No. WD 59426.

Missouri Court of Appeals,
Western District.

Submitted Nov. 9, 2001.

Decided March 5, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 30, 2002.

Application for Transfer Denied
June 25, 2002.

Susan Lynn Hogan, Appellate Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Breck K. Burgess, Asst. Attorney General, Jefferson City, MO, for Respondent.

Before JAMES M. SMART, JR., P.J., HAROLD L. LOWENSTEIN, and JOSEPH M. ELLIS, JJ.

### Order

PER CURIAM.

William Bryant appeals the denial, after an evidentiary hearing, of his Rule 29.15 motion for post-conviction relief. Having considered the contentions raised on appeal, we affirm by summary order for the reasons stated in the memorandum furnished the parties. A formal opinion would lack jurisprudential value. Judgment is affirmed. Rule 84.16(b).